On the court's *sua sponte* determination of jurisdiction, jurisdiction confirmed October 26, 1988, reconsideration denied January 13, petition for review denied February 14, 1989 (307 Or 405)

In the Matter of
Kathlene Marie Fowler, a Child.

STATE ex rel JUVENILE DEPARTMENT
OF DOUGLAS COUNTY et al,
*Respondents,*

*v.*

FOWLER,
*Appellant.*

(5684-B; CA A48134)

763 P2d 407

Kathryn Johnston, and Cegavske & Associates, P.C., Roseburg, for appellant.

Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem, for respondents.

Before Warden, Presiding Judge, and Warren and Deits, Judges.

PER CURIAM

**PER CURIAM**

Father appeals from a February 4, 1988, judgment terminating his parental rights. Although a formal notice of appeal was never filed in the juvenile court, within 30 days after the court's judgment father filed an affidavit of indigency in the juvenile court and requested that counsel be appointed for appeal. That constitutes a timely informal notice of appeal pursuant to ORS 419.561(3). *See State ex rel Juv. Dept. v. Hardy,* 93 Or App 584, 763 P2d 406 (1988).

Jurisdiction confirmed.